# United States Court of Appeals

## For the First Circuit

No. 19-1130

DANELL TOMASELLA, on behalf of herself and
all others similarly situated,
Plaintiff, Appellant,

v.

NESTLÉ USA, INC., a Delaware corporation,
Defendant, Appellee.

No. 19-1131

DANELL TOMASELLA, on behalf of herself and
all others similarly situated,
Plaintiff, Appellant,

v.

MARS, INC., a Delaware corporation; and MARS CHOCOLATE
NORTH AMERICA LLC, a Delaware company,
Defendants, Appellees.

No. 19-1132

DANELL TOMASELLA, on behalf of herself and
all others similarly situated,
Plaintiff, Appellant,

v.

THE HERSHEY COMPANY, a Delaware corporation;
HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION,
a Delaware corporation,
Defendants, Appellees.

**ERRATA SHEET**


The opinion of this Court, issued on June 16, 2020, is amended as follows:

On page 46, line 20, replace "consumes" with "consumers"